

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER** and Adrian Segovia,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

# O R D E R

On February 20, 2020, in response to a joint motion filed by the parties in this case, this court suspended the deadlines in this appeal for 60 days to give the parties time to mediate and consider settling the underlying case. The parties have filed a joint motion, requesting an additional 60 days, which is until June 19, 2020, to advise this court of the status of their mediation and settlement efforts. The joint motion notes the parties are scheduled for mediation for April 28, 2020.

This is an accelerated appeal from an order denying a plea to the jurisdiction. Consequently, the parties' joint motion is granted in part. We order the parties to file, by May 20, 2020, either a motion to dispose of this appeal in accordance with the Texas Rules of Appellate Procedure or a response explaining why such a motion has not been filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.



Michael A. Cruz,
Clerk of Court